# EXHIBIT B

# EXHIBIT B

# CLAIM CHART DEMONSTRATING HTC'S PRACTICE OF U.S. PATENT NO. 6,928,433

Plaintiff Creative Technology Ltd. ("Creative") provides the following infringement chart with respect to the infringement of U.S. Patent No. 6,928,433 ("the '433 Patent") by the HTC One M9.  Creative reserves the right to amend or supplement this chart, including by identifying additional claims and additional accused products.

| '433 Claims | HTC One M9 |
|---|---|
| 1. A method of selecting at least one track from a plurality of tracks stored in a computer-readable medium of a portable media player configured to present sequentially a first, second, and third display screen on the display of the media player, the plurality of tracks accessed according to a hierarchy, the hierarchy having a plurality of categories, subcategories, and items respectively in a first, second, and third level of the hierarchy, the method comprising: | [NOT ASSERTED – CHARTED FOR PURPOSES OF DEPENDENT CLAIMS]<br><br>To the extent that the preamble is construed to be a limitation to the claim, the HTC One M9 is operable to perform a method of selecting at least one track from a plurality of tracks stored in a computer-readable medium of a portable media player configured to present sequentially a first, second, and third display screen on the display of the media player, the plurality of tracks accessed according to a hierarchy, the hierarchy having a plurality of categories, subcategories, and items respectively in a first, second, and third level of the hierarchy.<br><br>The HTC One M9 is imported and sold with the Google Play Music application pre-installed (for example, version 5.7.1788Q.1634597), which is operable to access the plurality of tracks according to a hierarchy.  The HTC One M9 is configured to present sequentially a first display screen (showing categories such as "Albums," "Artists," and "Genres"); a second display screen (depending on the selected category, showing a listing of subcategories such as albums, artists, or genres represented in the music tracks stored on the HTC One M9); and a third display screen (showing a listing of tracks corresponding to the selection made on the second display screen).<br><br>The following three screenshots demonstrate a navigation through a first, second, and third display screens respectively. |

| '433 Claims | HTC One M9 |
|---|---|
| | <br>Fig. 1 – Selecting the "Play Music" icon launches the preinstalled "Play Music" application. |

| '433 Claims | HTC One M9 |
|---|---|
| | Fig. 2 – The music app has two modes: "Listen Now" and "My Library." The "My Library" mode permits a user to navigate through music stored on the device. |

| '433 Claims | HTC One M9 |
|---|---|
| | Fig. 3 – After selecting "My Library," the first display screen displays categories, including "Albums," "Artists," and "Genres." |

| '433 Claims | HTC One M9 |
|---|---|
|  |  Fig. 4 – After selecting "Albums," the second display screen displays albums stored on the device. |

| '433 Claims | HTC One M9 |
|---|---|
| | Fig. 5 – After selecting an album, the third display screen displays tracks stored on the device associated with the selected album. |
| (a) selecting a category in the first display screen of the portable media player; | The HTC One M9 is operable to perform the step of selecting a category in the first display screen of the portable media player.<br><br>The pre-installed Play Music application on the HTC One M9 allows a user to select a category in the first display screen. The category options include "Genres," "Artists," "Albums," and "Songs." |

| '433 Claims | HTC One M9 |
|---|---|
| | Fig. 6 – In this example, the category "Albums" is selected. |
| (b) displaying the subcategories belonging to the selected category in a listing presented in the second display screen; | The HTC One M9 is operable to perform the step of displaying the subcategories belonging to the selected category in a listing presented in the second display screen.<br><br>The pre-installed Play Music application on the HTC One M9 displays the corresponding subcategories in a second display screen when a user selects one of the categories in the first display screen. For example, if the user selects the "Albums" category in the first display screen, the Music application displays a second display screen containing album names. |

| '433 Claims | HTC One M9 |
|---|---|
| | Fig. 7 – After selecting "Albums," the second display screen displays albums stored on the device. |
| (c) selecting a subcategory in the second display screen; | The HTC One M9 is operable to perform the step of selecting a subcategory in the second display screen. |
| | The pre-installed Play Music application on the HTC One M9 allows a user to select a subcategory in the second display screen. For example, if the user selected the "Albums" category in the first display screen, a user can select an album from the albums displayed on the second display screen. |

| '433 Claims | HTC One M9 |
|---|---|
| | Fig. 8 – In this example, the album "Bluegrass Mastery Vol. 1" is selected from this list of albums. |
| (d) displaying the items belonging to the selected subcategory in a listing presented in the third display screen; and | The HTC One M9 is operable to perform the step of displaying the items belonging to the selected subcategory in a listing presented in the third display screen.<br><br>The pre-installed Play Music application on the HTC One M9 displays the corresponding items in a third display screen when a user selects one of the subcategories in the second display screen.  For example, if a user selects the "Bluegrass Mastery Vol. 1" album in the second display screen, the Music application displays a third display screen containing the music tracks stored on the HTC One M9 belonging to the selected album. |

| '433 Claims | HTC One M9 |
|---|---|
|  | Fig. 9 – After selecting an album, the third display screen displays tracks on the device associated with the selected album. |
| (e) accessing at least one track based on a selection made in one of the display screens. | The HTC One M9 is operable to perform the step of accessing at least one track based on a selection made in one of the display screens.<br><br>The pre-installed Play Music application on the HTC One M9 will access a track, for example playing a track based on a selection made in one of the display screens.  For example, when the user selects the track "Mystery Train" on the third display screen, the "Mystery Train" track begins playing. |

| '433 Claims | HTC One M9 |
|---|---|
|  | <br>Fig. 10 – Selecting the "Mystery Train" track results in playing the selected track. |

| '433 Claims | HTC One M9 |
|---|---|
|  | <br>Fig. 11 – Once selected, the track "Mystery Train" begins playing. |
| 5. The method of selecting a track as recited in claim 1 wherein the accessing at least one track comprises selecting an item in the third display screen and adding at least one track associated with the selected item to a playlist. | The HTC One M9 is operable to perform the step of accessing at least one track by selecting an item in the third display screen and adding at least one track associated with the selected item to a playlist.<br><br>After selecting a subcategory from the second screen, the pre-installed Play Music application on the HTC One M9 is operable to add a track associated with the selected subcategory to a playlist.  For example, the HTC One M9 allows a user to select an album from the second display screen, and then from the third display screen the HTC One M9 allows a user to select a track from that album resulting in all of the tracks from the album being added to the queue.<br><br>See discussion for claim 1. |

| '433 Claims | HTC One M9 |
|---|---|
|  | <br>Fig. 12 – Selecting the "Mystery Train" track on the third display screen results in adding all of the tracks from the album to the queue. |

| '433 Claims | HTC One M9 |
|---|---|
| | Fig. 13 – All of the tracks from the album have been added to the queue.  This can be seen by first selecting the now playing bar. |

| '433 Claims | HTC One M9 |
|---|---|
|  | <br>Fig. 14 – The queue can then be viewed by selecting the playlist icon from the top right corner next to the three vertical dots. |

Ex. B - Infringement of U.S. Patent No. 6,928,433 by HTC   Page 15 of 16

| '433 Claims | HTC One M9 |
|---|---|
|  | <br>Fig. 15 – The queue shows that all of the tracks from the album have been added to the queue, and when the currently playing track ends, the next track in the queue from the album will play. |